

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
New York, New York 10007

      Re:    United States v. Percy Vasquez-Drew, *et al.*,
             S1 19 Cr. 91 (DLC)

Dear Judge Cote:

      As the Court is aware, the defendant in the above case, Percy Vasquez-Drew, is scheduled to appear before Your Honor this Friday, February 14, 2020, at 3:30 P.M. At that time, the parties anticipate they will request the Court conduct a change-of-plea hearing, obviating the need for a trial in this case. Accordingly, the parties jointly request the Court adjourn the previously scheduled pre-trial filing deadlines to February 18, 2020, at 12:00 P.M., and the final pre-trial conference to February 19, 2020, at 1:00 P.M.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:    /s/
      Matthew Hellman
      Michael Krouse
      Samuel Adelsberg
      Assistant United States Attorneys
      (212) 637-2278

**SO ORDERED:**

_____
HONORABLE DENISE L. COTE
United States District Judge
Southern District of New York