

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 11, 2020

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
New York, New York 10007

Re: **United States v. Percy Vasquez-Drew, *et al.*,**
S1 19 Cr. 91 (DLC)

Dear Judge Cote:

**MEMO ENDORSED**

As the Court is aware, the defendant in the above case, Percy Vasquez-Drew, is scheduled to appear before Your Honor this Friday, February 14, 2020, at 3:30 P.M. At that time, the parties anticipate they will request the Court conduct a change-of-plea hearing, obviating the need for a trial in this case. Accordingly, the parties jointly request the Court adjourn the previously scheduled pre-trial filing deadlines to February 18, 2020, at 12:00 P.M., and the final pre-trial conference to February 19, 2020, at 1:00 P.M.

*The filings are due 2/18. The conference is adjourned to 2/20/20 at 2:00 p.m.*

*Denise Cote*
*2/12/20*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Matthew Hellman
Michael Krouse
Samuel Adelsberg
Assistant United States Attorneys
(212) 637-2278

**SO ORDERED:**

_____
HONORABLE DENISE L. COTE
United States District Judge
Southern District of New York