```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
  UNITED STATES OF AMERICA,              :    19CR0091-1 (DLC)
                                         :
        -v-                              :    ORDER
                                         :
  PERCY ARTURO VASQUEZ-DREW,             :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 31, 2020, the parties requested that the June 5 sentencing be rescheduled to August or September 2020 in light of the COVID-19 outbreak.  It is hereby

ORDERED that the sentencing is rescheduled for **September 3, 2020** at **12:00 pm**.

IT IS FURTHER ORDERED that the defendant's sentencing submission shall be due **August 20**; Government's submission shall be due **August 27**.

Dated:    New York, New York
          June 2, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge