# Exhibit A



International Language Services, Inc.
300 East 42nd Street, 14th Floor New York, NY  10017
(212) 856-9848
info@ilslanguages.com

| | |
|---|---|
| CASE NAME: | *United States v Vasquez* |
| EXHIBIT: | 02-20-2018 |
| DATE: | FEBRUARY 20, 2018 |
| TIME: | 7:10 P.M. |
| LANGUAGES: | SPANISH/ENGLISH |
| PARTICIPANTS: | CONFIDENTIAL SOURCE 1 [CS1]<br>CONFIDENTIAL SOURCE 2 [CS2]<br>PERCY VASQUEZ-DREW<br>OSWALDO LNU, a/k/a "Osvaldo" [OSWALDO LNU]<br>IGNACIO LNU, a/k/a Roberto Vargas" [IGNACIO LNU]<br>JAVIER LNU, a/k/a "Alejandro"<br>UNIDENTIFIED FEMALE 1<br>UNIDENTIFIED FEMALE 2<br>UNIDENTIFIED MALE |
| ABBREVIATIONS: | [U/I] Unintelligible in English<br>[I/I] Unintelligible in Spanish<br>[PH] Phonetic spelling in English<br>[F] Phonetic spelling in Spanish<br>*English in Italics in the* original *side*<br>Translators' note [ ] |

***Unfinished draft copy – not to be used in any official capacity***

02-20-2018

# SEGMENT 1

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| OSWALDO LNU: | No, those people deal with a lot of law enforcement, cops and whatnot. [U/I]. | No, esa gente maneja mucha ley y policía y todo. [I/I]. |
| CS1: | Th… th… that's what scares me. | A… a… ahí es donde me da miedo. |
| PERCY VASQUEZ-DREW: | No, they have the control… | No, ahí está el control… |
| OSWALDO LNU: | No as a matter of fact it's best to be with those. | Antes con esos es que hay que estar. |
| CS1: | Yes, of course. | Sí, claro. |
| PERCY VASQUEZ-DREW: | They're the ones who control here. | Ellos son los que manejan aquí. |
| OSWALDO LNU: | The problem is that nothing can be done here without somebody [U/I]… | Es que el problema aquí es que aquí no se puede hacer nada sin que haya alguien [I/I]… |
| CS1: | In other words they have to be involved. | O sea hay que involucrarlos a ellos. |
| OSWALDO LNU: | Not low ranking, but a high ranking one. Since you do not get anything done with… with just an average Joe. | No de bajo rango sino de alto rango, pues usted no gana con… con el del montón. |
| CS1: | Gentlemen, this is so different from… this is the strangest business in the world. You can't sell anything without a | Señores, esto es tan diferente a lo… esto es el negocio más raro del mundo. Usted no puede vender si no tiene un policía a su |

02-20-2018                                                                 24

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
|  | cop on your side. | lado. |
| OSWALDO LNU: | Not here. | Acá no. |
| CS1: | No, but I mean, this is the strangest business in the world. In order for it to work, the police have to be on your side. | No, pero le digo, ese es el negocio más extraño del mundo. Que para poder funcionar tiene que tener la ley a favor de uno. |
| OSWALDO LNU: | And protection and it is your your own protection. | Y la seguridad y fue la seguridad de uno. |
| PERCY VASQUEZ-DREW: | Then, what happens there? There will take it away from, but I have a soldier or a cop there with me. He makes a phone call and bam! [U/I] it goes through just like that. | Por último, ¿qué es lo que pasa allá? A mí me lo quitan, pero yo tengo un militar o un policía ahí conmigo. Él da un telefonazo y ¡pá! lo [I/I] como si nada y ya pasa. |
| OSWALDO LNU: | And you get your stuff back… | Y le devuelven las cosas… |
| PERCY VASQUEZ-DREW: | And you get your stuff back, but if there's nothing that "why didn't you call me?" | Y le devuelven las cosas, pero cuando no hay nada, que "¿por qué no me hablaste?" |
| CS1: | You guys have learned a lot from the Colombians. The Colombians [U/I] to mess up with all of you. | Ustedes han aprendido mucho del colombiano. El colombiano [I/I] a dañarlos a todos ustedes. |
| PERCY VASQUEZ-DREW: | That's the way it is here.  Here… here who does not pay, has to… | Aquí es así. Aquí… aquí el que no paga los pisos eh… tiene que…. |
| CS1: | To [U/I]. | Que [I/I]. |

02-20-2018                                                                                                         25

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| OSWALDO LNU: | But that's the advantage here, because in some other country, you get caught and you go to jail. | Pero mire que es la ventaja de acá porque en otro país a uno lo agarran y va para adentro. |
| PERCY VASQUEZ-DREW: | Yeah. | Sí. |
| OSWALDO LNU: | However, in here one goes out… to work, what else? | En cambio, aquí uno sale… a trabajar, ¿qué más? |
| PERCY VASQUEZ-DREW: | And you go out with even more money because you're still working from inside. You don't spend anything in there. | Y sale con más plata todavía porque de adentro uno sigue trabajando. Ahí no gastas nada. |
| CS1: | Yeah, but go figure. You're a nobody with money in there. You're nothing. | Sí, pero imagínese. Adentro con plata usted no es nadie. No es nada. |
| OSWALDO LNU: | Now, we do need money. | Ahora sí que se necesita dinero. |
| PERCY VASQUEZ-DREW: | I was telling him that the man is coming, the lawyer and the owner, the one who manages everything. | Le estaba diciendo a él que viene, viene el señor, el abogado y el dueño, el que maneja todo. |
| OSWALDO LNU: | Yes, yes, they also had a lot… cause is that the people don't really meet with anyone. | Sí, sí, ellos también tenían mucho… Porque es que la gente no le sale a cualquiera. |
| PERCY VASQUEZ-DREW: | They are in [U/I]… | Ellos están en [I/I]… |

02-20-2018                                                                                                                                          26

# SEGMENT 2

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| PERCY VASQUEZ-DREW: | … we and all the movements [U/I]. | … nosotros y todos los movimientos [I/I]. |
| OSWALDO LNU: | Right… | Eso… |
| PERCY VASQUEZ-DREW: | All the movements here from the lab… No one can ever move it from the lab. They always have to go on motorcycle | Todos los movimientos aquí de la cocina… nunca uno puede sacar de la cocina. Siempre tienen que manejar en moto… |
| OSWALDO LNU: | Of course. | Claro. |
| PERCY VASQUEZ-DREW: | … be mobile or on their backs… | … en movilidad o en la espalda… |
| CS2: | Hum. | Júm. |
| PERCY VASQUEZ-DREW: | … until they get to an airstrip. And there, a small plane will arrive at a ... | … hasta una pista. Y de ahí la avioneta llega a una… |
| CS2: | Hum. | Júm. |
| PERCY VASQUEZ-DREW: | … strip that's nearby. | … pista que esta cerquita de ahí. |
| JAVIER LNU: | That's right. Well the… the most reliable… | Eso. Pues lo… lo más viable… |
| CS1: | And, and… let's say… O.K. we arrive safely and everything. What are you… | Y, y… digamos… O.K. llegamos bien y todo. ¿Qué es lo que |

02-20-2018                                                                                                                              97