# Exhibit B



International Language Services, Inc.
300 East 42nd Street, 14th Floor New York, NY  10017
(212) 856-9848
info@ilslanguages.com

| | |
|---|---|
| CASE NAME: | *United States v. Vasquez* |
| EXHIBIT: | N-45 CS-1 |
| DATE: | APRIL 19, 2018 |
| TIME: | 07:04 P.M. |
| LANGUAGES: | SPANISH/ENGLISH |
| PARTICIPANTS: | CONFIDENTIAL SOURCE 1 [CS1]<br>UNIDENTIFIED FEMALE<br>CONFIDENTIAL SOURCE 2 [CS2]<br>PERCY VASQUEZ-DREW<br>UNIDENTIFIED MALE |
| ABBREVIATIONS: | [U/I] Unintelligible in English<br>[I/I] Unintelligible in Spanish<br>[PH] Phonetic spelling in English<br>[F] Phonetic spelling in Spanish<br>*English in Italics in the* original *side*<br>Translators' note [ ] |

\*\*\*Unfinished draft copy – not to be used in any official capacity\*\*\*

# SEGMENT 1

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| PERCY VASQUEZ-DREW: | Bad, bad, bad. | Mala, mala, mala. |
| CS1: | Oh, that was what you were telling me about yesterday [U/I]. | Oh, eso fue lo que ayer me estuviste comentando [I/I]. |
| PERCY VASQUEZ-DREW: | You know that I will tell him, "what's going on, man? Why is the the merchandise not good?" Because they bargain the price too much. Your, your, your countrymen, the Colombians, they are the reason why the business has been ruined. They ruined it because they add to it, they mix it fifty-fifty, and as it arrives, they want to add more cut and boom! They undo it, make it a mixture. | Tú sabes que yo le voy a decir "¿qué es lo que sucede pues señor? ¿Por qué sale mal la mercancía?" Porque lloran el precio. Sus, sus, sus paisanos de usted, los colombianos, gracias a ellos lo tienen estropeado el negocio. Lo tienen estropeado porque le meten, mezclan cincuenta-cincuenta, donde ya llegan allá le quieren meter más mezcla y ¡pum! Lo deshacen, lo hacen una liga. |
| CS1: | That is one of the parts that, that we are going to discuss right now. | Esa es una de las partes que, que nosotros estamos al discutir ahora mismo. |
| PERCY VASQUEZ-DREW: | That… | Eso… |
| CS1: | Also, he is the one that has control over… | Incluso, él es que tiene ese control… |
| PERCY VASQUEZ-DREW: | We… | Nosotros… |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| CS1: | … and he has it a bit stalled. | … y lo tiene un poco parado él. |
| PERCY VASQUEZ-DREW: | … we, do you know what? It's, it's because they must not touch it all. They said that we could place a person there to oversee everything that will be done and what is being done, without mixture. Now they can't change it on us like, "No, I can't bring one, that because of the laboratory." No, if we must place four, four, then we do so… two during the day and two in the evening, depending on how the work will be carried out. | … nosotros, ¿sabe qué? Es, es que ellos no tienen que cambiar en nada. Dijeron que nosotros podíamos meter una persona para que mire todo lo que se haga y todo lo que se esté haciendo, sin mezcla. Ahora no nos pueden cambiar que, "No, que no puedo llevar, que por el laboratorio." No, si toca meter cuatro, cuatro, metemos… dos de día y dos de noche, como se vaya a trabajar. |
| CS1: | And what is the production that kitchen [lab] has? | ¿Y qué producción tiene esa cocina más o menos? |
| PERCY VASQUEZ-DREW: | What did you say? | ¿Qué dice? |
| CS1: | What's the production of that kitchen? | ¿Qué producción tiene esa cocina? |
| PERCY VASQUEZ-DREW: | Let's saw about five hundred… about… let's say three hundred, daily. | Póngale unos quinientos… unos… póngale trescientos diarios. |
| CS1: | Yeah? I mean, how much do you do per…? | ¿Sí? O sea, ¿cuánto hace al…? |
| PERCY VASQUEZ-DREW: | They make three hundred, daily. | Ellos sacan trescientos diarios. |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| CS2: | Yes. | Sí. |
| PERCY VASQUEZ-DREW: | It's… three hundred or two hundred or whatever you want we can do. Assume that in fifteen days they can have for you one thousand five hundred [U/I]. | Son… trescientos o doscientos por lo que usted quiera lo vamos sacando. Ya quince días le pueden tener los mil quinientos [I/I]. |
| CS2: | Even [U/I]. | Hasta y [I/I]. |
| CS1: | But the things is… do you remember the time I was here…? | Pero la cosa es, ¿usted se acuerda la vez que yo estaba aquí…? |
| CS2: | In some [U/I]. | En unos [I/I]. |
| CS1: | … that there was a… how do you call this? There was a… one of your chemists who was kind of… difficult, don't you remember that the suitcase guy mentioned it? | … que había un… cómo se llama esto? Había un… un químico de ustedes que estaba medio de… difícil, ¿no se acuerda que incluso el maletero lo mencionó? |
| PERCY VASQUEZ-DREW: | [U/I]. | [I/I]. |
| CS1: | Hum? | ¿Hum? |
| PERCY VASQUEZ-DREW: | Which one? | ¿Cuál? |
| CS1: | That, that as a matter of fact the Mexi said… the luggage guy said that it was | Que, que incluso dijo el Mexi… en, el de la maleta que estaba un |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
|  | a bit difficult, were you able to get it? | poco difícil, ¿ya lo están consiguiendo? |
| PERCY VASQUEZ-DREW: | The chemical? | ¿El químico? |
| CS1: | Ah-ha. | Ajá. |
| PERCY VASQUEZ-DREW: | For the suitcase? | ¿Para la maleta? |
| CS1: | No, to, to, to do the mixture. | No, para, para, para hacer la mezcla. |
| PERCY VASQUEZ-DREW: | No, right now there is a, now there is a way that I could detect the mixture like… we can detect the mixture that's around we can detect on the Colombians [stuff], why? Because the same guy who does it, the same one, he screwed up, he screwed up because he showed me. | No, ahorita hay una, ahora hay una forma que yo le detecto la mezcla como… la mezcla que hay a los colombianos se la detectamos, ¿por qué? Porque el mismo que la hace, el mismo, él mismo metió el pié metió la pata en enseñarme. |
| CS1: | Right. | Ya. |
| PERCY VASQUEZ-DREW: | Right now, only… now… so you realize that the… that the, the ammonia can detect the mixture. You test it with ammonia and it makes, makes, makes it scaly and hard. | Ahorita, solamen… ya… para que se dé cuenta que la… que el, que el amoniaco lo pasa la mezcla. Usted la analiza con amoniaco y hace, hace, hace cacho y endura. |
| CS2: | Yes, [U/I]. | Sí, [I/I]. |

# SEGMENT 2

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| CS2: | So… | Entonces… |
| PERCY VASQUEZ-DREW: | Uh, after the loading, one thing is the other… because what we put in here will be excellent for the loading, the unloading… | Eh, después de la subida una cosa es la otra… porque lo que vamos a meter aquí sea excelente la subida, la bajada… |
| CS1: | Look, no, exactly… | Mira, no, exactamente… |
| PERCY VASQUEZ-DREW: | … [U/I], if, if the work is shit then it will be useless. | … [I/I] si, si el trabajo es una mierda no sirve de nada. |
| CS1: | No, no, no, no, no. | No, no, no, no, no. |
| PERCY VASQUEZ-DREW: | It won't be any good to us, why? Because it's one and it'd be over, that's what you have. Look, we… we will spend money too. | No nos sirve de nada, ¿por qué? Porque es una y se acabó, eso es lo que tiene. Mire, nosotros… vamos a gastar también. |
| CS2: | Yes, because… | Sí, porque… |
| PERCY VASQUEZ-DREW: | Why? Because we will check, we will check… because the quality, I, if I get involved and tell you that you will bring top notch quality, it's because I will have all the necessary time to be on top of that, even if we take fifteen days, ten days or, or twenty. | ¿Por qué? Porque vamos a mirar, vamos a mirar… porque la calidad, yo, si yo me meto y le digo que usted va a llevar calidad de primera, es porque yo voy a tener todo el tiempo necesario para estar ahí encima, así tardemos quince días, diez días o, o veinte digamos. |
| CS1: | In what, in what…? | ¿En qué, en qué…? |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| PERCY VASQUEZ-DREW: | But the same stuff will go, the same stuff, I can super guarantee you that the same will go. I won't try to be a smart-ass on this by like adding a gram or something, that… nothing, the same stuff will be going here because it is… why? Because what these people want is to continue to work, even if it's done twice or twice a year, so long as it is done. | Pero así va a ir lo mismo, lo mismo eso yo se lo recontra-aseguro que va a ir lo mismo. No me voy a avivar que en esta le voy a meter un gramito, que no… nada, aquí va a ir lo mismo porque es… ¿por qué? Porque esta gente lo que quiere es seguir trabajando, así se hagan dos o tres veces al año pero que se haga. |
| CS1: | Friend! Is that the waiter waiting on us, him, right? | ¡Amigo! Ése es el mesero que nos está atendiendo, él, ¿verdad? |
| PERCY VASQUEZ-DREW: | Yes. | Sí. |
| CS1: | Look… he ate it all. | Mire… él se lo comió todo. |
| UNIDENTIFIED MALE: | Will you guys want extra? | ¿Extra van a querer? |
| CS1: | Yes, because he ate it all. How is that called? | Sí, porque él se lo comió todo. ¿Cómo se llama eso? |
| UNIDENTIFIED MALE: | It's ceviche with calamari. | Es ceviche de calamares. |
| CS1: | Uh. Is that Peruvian? He isn't Peruvian, is he? | Ah. ¿Ése es peruano? Él no es peruano, ¿verdad? |
| PERCY VASQUEZ- | [U/I]. Has the same face. | [I/I]. Tiene la misma cara. |

# SEGMENT 3

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| DREW: | | |
| CS1: | He seems to be from La Paz, right? Is that one is from La Paz? | Parece de la Paz, ¿verdad que sí? ¿ése es de La Paz? |
| CS2: | [U/I]. | [I/I]. |
| CS1: | Uh? | ¿Eh? |
| CS2: | Let's do it then. Let's do it. | Entonces hagámosle. Hagámosle. |
| PERCY VASQUEZ-DREW: | Look I, you have… trust me as I won't ever sneak in anything bad on you. | Mire yo, usted tiene… confíe en mí que yo no le voy a hacer meter nunca nada malo. |
| CS2: | I know. | Yo sé. |
| PERCY VASQUEZ-DREW: | I belong to a family where if we give you our work that it will be something good, then it will be something good. And it's not because I want that [U/I] the business, but because I will have the time, and we had already arranged even who the people are who are going to be there, and that is called the police. | Yo soy de una familia de donde nosotros si le damos la palabra qué sí va a ir una cosa buena, va a ir una cosa buena. Y no es que porque quiero que [I/I] el negocio, sino porque yo voy a tener el tiempo, y ya teníamos cuadrado hasta quiénes son las personas que van a estar ahí, eso se llama policía. |
| CS1: | Sure. | Claro. |
| PERCY VASQUEZ-DREW: | That… | Esa… |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| CS2: | [U/I]. | [I/I]. |
| PERCY VASQUEZ-DREW: | … that, that's the police, the people that watches over the quantity of pounds being pressed firstly. They must pick how much will be pressed and you will check the quality [U/I]. | … esa, esa es la policía, la persona que vigila a qué libras la están prensando en primer lugar. Deben coger cuánto quiere de prensa y usted va a mirar la calidad [I/I]. |
| CS1: | Oh no, but that was set up. | Oh no, pero eso estaba hecho era. |
| PERCY VASQUEZ-DREW: | What is this? | ¿Qué es esto? |
| CS1: | The seafood ceviche. | El ceviche de mariscos. |
| CS2: | Great ceviche, uh? Enjoy your meal, buddy. | Tremendo ceviche, ¿eh? Buen provecho, compadre. |
| PERCY VASQUEZ-DREW: | Thanks. | Gracias. |
| CS1: | Eat. | Come. |
| PERCY VASQUEZ-DREW: | So, that's why I told you, we will do the work responsibly. | Entonces, por eso le dije, aquí vamos a hacerlo a conciencia el trabajo. |
| CS1: | [U/I] the potato. | [I/I] la papa. |

# SEGMENT 4

| **PARTICIPANTS** | **ENGLISH TRANSLATION/TRANSCRIPTION** | **ORIGINAL LANGUAGE** |
|---|---|---|
| CS2: | No, that is [U/I]. | No, eso es [I/I]. |
| PERCY VASQUEZ-DREW: | The material. Uh, the other day there were issues with Romario, I told him when [U/I], "Don't send it like this." As it is not, it is not the same, because it was in liquid form [U/I] it does not lose [U/I] lost some a pump. The pump then makes the water… send it in a liquid [U/I]… | El material. Eh, el otro día hubo problemas con Romario, le dije yo cuando [I/I], "No mande así." Que no, que es lo mismo, que porque va líquida [I/I] ya no pierde [I/I] se pierde una cosa… una bomba. La bomba después la hace el agua… la manda líquida [I/I]… |
| CS1: | [U/I]. | [I/I]. |
| PERCY VASQUEZ-DREW: | … [U/I]. | … [I/I]. |
| CS1: | [U/I]. | [I/I]. |
| PERCY VASQUEZ-DREW: | When you want to get it back to its previous form it must be heated up in a double broiler and removed gradually, uh? It has to get yellowish, do you understand me? That's why it loses the luster, it loses everything and becomes yellowish. Regardless if you do it… regardless if you do it with a machine… | Al quererla volver para atrás tiene que calentarla a baño María como la vayan sacando, ¿eh? Se tiene que amarillar todita, ¿me entiendes? Por eso es que pierde el brillo, se pierde todo y se amarillea. Por más que lo haga con… por máquina… |
| CS2: | This one, that, that guy I told you about, they used to work with someone here. It was a man who was with the law, an official, a high ranked one of the government, a thing… who was the one who used to handle all of that for him, and that man left and, and so he | Éste, ése, ese muchacho que le digo, ellos trabajaban con alguien acá. Era un señor que es ley, un oficial pues, alto del gobierno, una vaina… que es el que le manejaba todo eso a él, y ese señor como que se fue y, y cambió de cocina y |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | switched kitchens and that's why that crap happened to him. | por eso fue que le pasó esa vaina. |
| PERCY VASQUEZ-DREW: | Oh. I am going to tell you one thing, and take it into consideration, if you have your own kitchen, you have your… you have your kitchen, the, the [U/I] administrator, the pump, the dryer, the press, have everything ready there, it's the same thing as liquid, as it is all over the world. Do you know why? They also say that because they are not meticulous enough to be on top of that, so they come to the city in a line that is done [U/I] that at the end they reach agreements they get brainwashed into, no? "That they are grinding [U/I] a bit of merch… so it comes out better, so it has more…" you know how that is. | Oh. Yo le voy a decir una cosa, y usted tomará en cuenta esto, si usted tiene su cocina, tiene sus… tiene su cocina, el, el [I/I] administrador, la bomba, el secador, la prensa, todo ahí lo tiene listo, es lo mismo líquido, son en todas partes del mundo. ¿Sabe por qué? Dicen ellos también, MINUTE 32:48 QC NAMES HAVE NOT BEEN CHECKED< NO SPELL CHECK..porque no tienen ese cuidado de estar encima, y se vienen a la ciudad en una cola que son hechos [I/I] que por último hacen convenios que se dejan lavar el cerebro, ¿no? "Que me están moliendo [I/I] un poquito de merca para que reviente mejor, para que tenga más…" usted sabe cómo es eso. |
| CS1: | But then you are trying to say that Osvaldo is different? | ¿Pero entonces tú quieres decir que Osvaldo es diferente? |
| PERCY VASQUEZ-DREW: | He must be different, I will be there buddy, don't worry about it I will be there until your plane takes off. Once your plane is gone it will become your responsibility to unload and sell it there and… and, and to pay it off here. I will be in the kitchen, the, the project is his too, that is handled by the fat guy, we will be on top [U/I] your head. And about the kitchen we will be in there, in the kitchen. Do not worry about the kitchen because I have people, | Él tiene que ser diferente, yo voy a estar ahí compadre, usted no se preocupe, yo voy a estar hasta cuando su avión despegue. Cuando su avión se vaya, ahí ya es la responsabilidad de usted ya, de su bajada y venderla ahí y… y, y ya cancelarla acá. Yo voy a estar en la cocina, el, el proyecto de él también, eso lo maneja el gordito, vamos a estar encima [I/I] la cabeza a ti. Y en la cuestión de la |

| PARTICIPANTS | ENGLISH TRANSLATION/TRANSCRIPTION | ORIGINAL LANGUAGE |
|---|---|---|
| | relatives of mine that will be in there overseeing it. They know that we can't screw it up… | cocina nos vamos a meter allá, en la cocina. Usted no se preocupe de la cocina porque yo tengo gente, familiares míos que van a estar ahí metidos mirando. Ellos saben que no podemos hacer la cagada… |
| CS1: | How far off is the kitchen? | ¿Qué tan lejos está la cocina? |
| PERCY VASQUEZ-DREW: | Uh, I'd be lying to you if I… it might like, two or three hours, four hours, six hours away. We will meet up tomorrow and start tomorrow. Tonight I will tell the man to go [U/I]. | Eh, le digo que le miento si le… puede ser que esté aquí a unos, unas dos o tres horas, cuatro horas, seis horas. Mañana nos reunimos y mañana mismo. Yo ahora en la noche le digo al hombre que vaya [I/I]. |
| CS1: | Does Osvaldo know that we are here? | ¿Osvaldo sabe que nosotros estamos aquí? |
| PERCY VASQUEZ-DREW: | He knows, he knows, he knows that you were coming over, he doesn't know that you are here. | Él sabe, sabe, sabe él que usted iba a llegar, no sabe si es que está aquí. |
| CS1: | Does Romario know that I came here that other time? | ¿Romario sabe que yo vine la otra vez? |
| PERCY VASQUEZ-DREW: | No, I don't know. Uh, he did know when you came over the last time, but he doesn't know that you are here now. | No, no sé. Ah, supo la vez pasada que vino, pero ahora no sabe que usted está acá. |
| CS1: | O.K. | O.K. |