```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :      S1 19Cr91 (DLC)
                                         :
PERCY ARTURO VASQUEZ-DREW,               :          ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On August 19, 2020, this Court issued an Order scheduling the defendant's videoconference sentencing for September 3, 2020. The Court has since been informed that the sentencing proceeding must be adjourned to a later date. Accordingly, it is hereby

ORDERED that the sentencing proceeding shall occur on **September 9, 2020** at **9:00 a.m.** using the CourtCall platform.

Dated:   New York, New York
         August 28, 2020

                                      _____
                                           DENISE COTE
                                    United States District Judge