# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sept. 21, 2020

__SOUTHERN__ District of __NEW YORK__

UNITED STATES OF AMERICA

- v -

**Percy Drew Vasquez**

Docket Number __19 Cr. 91 (DLC)__

Hon. Denise L. Cote
(District Court Judge)

Notice is hereby given that **the defendant Percy Drew Vasquez** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : __Southern District of New York__
(specify)

entered in this action on __09/10/20__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ] :    sentence only [✓] :    conviction and sentence [ ]

Date: __September 20, 20__

TO: , Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

Sabrina P. Shroff
(Counsel for Appellant)

Address: __233 Broadway__
__New York, New York 10007__

Telephone Number __646 763 1490__

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER | ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence   September 10, 2020<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [ ] Funds [✓] CJA Form 24

ATTORNEY'S signature     /s/ Sabrina P. Shroff     DATE     **September 20, 20**

➤ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL