UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  3/28/23 |

_____

UNITED STATES OF AMERICA,                          1:19-cr-0091-1 (MKV)

                    -against-                                   **ORDER**


PERCY ARTURO VASQUEZ - DREW

                    Defendant.

_____

MARY KAY VYSKOCIL, United States District Judge

    This defendant was re assigned to Judge Vyskocil for purposes of re sentencing.

    IT IS HEREBY ORDERED that a status conference will be held April 13th at 2pm..

    The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.


**SO ORDERED.**

**Date: March 28, 2023**                          _____
                                                                  HONORABLE MARY KAY VYSKOCIL
                                                                  UNITED STATES DISTRICT JUDGE
                                                                  SOUTHERN DISTRICT OF NEW YORK