USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PERCY ARTURO VASQUEZ-DREW,

Defendant.

1:19-cr-91-MKV

CASE STATUS SHEET

MARY KAY VYSKOCIL, United States District Judge:

The sentencing scheduled for July 5, 2023 is hereby adjourned to July 27, 2023 at 11:00 AM.

**SO ORDERED.**

**Dated:** **New York, New York**
**May 30, 2023**

MARY KAY VYSKOCIL
United States District Judge