```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-                                             19-cr-0091 (MKV)

PERCY VASQUEZ DREW,                        ADJOURNMENT ORDER

Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing scheduled for December 7, 2023 is adjourned to **January 4, 2024 at 11:00 AM**. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline.

**SO ORDERED.**

**Date:  November 13, 2023**
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1