USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:19-cr-91-MKV |
| PERCY ARTURO VASQUEZ-DREW, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The sentencing scheduled for February 8, 2024 is hereby ADJOURNED to **February 27, 2024 at 2:00 PM**. Defendant's sentencing letter shall be served on the government and e-mailed to Chambers no later than two weeks before the sentencing date. To the extent the government wishes to submit a sentencing submission, it shall serve such submission on the defendant and e-mail a copy to Chambers no later than one week before the date set for sentencing.

**SO ORDERED.**

Dated: New York, New York
February 1, 2024

_____
**MARY KAY VYSKOCIL**
**United States District Judge**